IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02545-RPM

SAMUEL WALKER and
DIANE WALKER,

           Plaintiffs,

v.

TELLER COUNTY BOARD OF COUNTY COMMISSIONERS;
TELLER COUNTY ANIMAL CONTROL;
TELLER COUNTER SHERIFF'S DEPARTMENT;
LARRY DIETSCHE in his capacity as Deputy Sheriff and individually;
CHERIE FRANCE, in her capacity as Animal Control Officer and individually; and
KEVIN DOUGHERTY, in his capacity as Sheriff and individually,

           Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **March 22, 2006, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges      frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, the proposed Scheduling Order in Word or WordPerfect format shall be submitted by e-mail to **Matsch_Chambers@cod.uscourts.gov**. by **March 16, 2006.**

Dated: February 9, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge