IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-cv-02545-RPM**

SAMUEL WALKER and
DIANE WALKER,

                        Plaintiffs,

v.

TELLER COUNTY BOARD OF COUNTY COMMISSIONERS;
TELLER COUNTY ANIMAL CONTROL;
TELLER COUNTY SHERIFF'S DEPARTMENT;
LARRY DIETSCHE, in his capacity as Deputy Sheriff and individually;
CHERIE FRANCE, in her capacity as Animal Control Officer and individually; and
KEVIN DOUGHERTY, in his capacity as Sheriff and individually,

                        Defendants.


**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/M. V. Wentz
Secretary


      Plaintiffs' Motion for Order Setting Briefing Scheduling (Doc. # 24) is denied as moot.


Dated:   June 7, 2006