IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02545-RPM

SAMUEL WALKER and
DIANE WALKER,

      Plaintiffs,

v.

TELLER COUNTY BOARD OF COUNTY COMMISSIONERS;
TELLER COUNTY ANIMAL CONTROL;
TELLER COUNTY SHERIFF'S DEPARTMENT;
LARRY DIETSCHE in his capacity as Deputy Sheriff and individually;
CHERIE FRANCE, in her capacity as Animal Control Officer and individually; and
KEVIN DOUGHERTY, in his capacity as Sheriff and individually,

      Defendants.
_____

## ORDER GRANTING MOTION TO WITHDRAW
_____

This matter is before the Court on plaintiffs' counsel Carla L. Baker-Sikes' Motion to Withdraw, filed June 19, 2006 (Doc. 29), and the Court being fully advised, it is

ORDERED that Carla L. Baker-Sikes' Motion to Withdraw is granted and she is relieved of any further responsibility in this matter.

DATED: June 19th, 2006

                                            BY THE COURT:

                                            s/ Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge