IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02545-RPM

SAMUEL WALKER and
DIANE WALKER,

      Plaintiffs,

v.

CHERIE FRANCE,

      Defendant.

## ORDER SETTING SCHEDULING CONFERENCE

The Court having determined that this case is now ready to be set for a scheduling conference, it is

ORDERED that a scheduling conference will be held on **April 2, 2007, at 11:00 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  The parties are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, an original and one copy (paper) of the proposed Scheduling Order shall be submitted directly to chambers by **March 29, 2007.**

Dated: February 26th, 2006

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District

Certificate of Mailing

RE: 05-cv-02545-RPM-BNB

     I hereby certify that a copy of the attached Order entered by Senior Judge Richard P. Matsch on February 26, 2007, together with the instructions for preparation of a proposed scheduling order, were mailed via U.S. Mail on February 26, 2007, to the following:

Sam and Diane Walker
P. O. Box 59
Florissant, CO 80816

                       GREGORY C. LANGHAM, Clerk

                         s/Jennifer Hawkins

By_____
    Deputy