IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02545-RPM

SAMUEL WALKER and
DIANE WALKER,

    Plaintiffs,

v.

CHERIE FRANCE,

    Defendant.

## ORDER AMENDING SCHEDULING ORDER

    On July 9, 2007, the plaintiffs filed a motion to amend the May 21, 2007, scheduling order to change the time in paragraph 7(a) for joinder of parties and amendment of pleadings from June 15, 2007, to September 15, 2007.  The stated purpose is the plaintiffs' intention to join Don Hickox and Owen McCormack as additional defendants based on information said to be obtained recently.  The defendant filed her opposing response on July 13, 2007, denying the plaintiffs' allegations concerning disclosure and asserting that the amendment would be futile because of the statute of limitations.  The plaintiffs apparently recognize the difficulty of the statute of limitations and intend to assert equitable tolling.

    At this stage of the litigation process, it is inappropriate to consider the affirmative defense of statute of limitations as a basis for a refusal to amend the scheduling order.  No amended complaint has been tendered with a motion to amend

the complaint, and, therefore, the Court is not aware of the factual allegations that may support the claim against additional parties.  It is therefore

ORDERED that the motion to amend is granted and the time for filing a motion to amend and tender an amended complaint is extended to September 15, 2007.

Dated: July 16th, 2007

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District

Certificate of Mailing

RE: 05-cv-02545-RPM-BNB

      I hereby certify that a copy of the attached Order entered by Senior Judge Richard P. Matsch on July 16, 2007, was mailed via U.S. Mail on July 16, 2007, to the following:

Samuel Walker
1711 Wildhorn Road
Florissant, CO 80816

Diane Walker
1711 Wildhorn Road
Florissant, CO 80816

                              GREGORY C. LANGHAM, Clerk

                                  s/M. V. Wentz

                            By_____
                                  Deputy