UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLORADO
**Judge Richard P. Matsch**

Civil Action Number: 05-cv-02545-RPM

**SAMUEL WALKER** and
**DIANE WALKER**

v.

**CHERIE FRANCE**.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the parties' stipulated motion for dismissal with prejudice. The Court having reviewed the same, and being duly advised in the premises;

DOTH ORDER that said motion be and hereby is GRANTED. All claims that were asserted or could have been asserted in this action, including the claims in the plaintiffs' proposed amended complaint, are hereby DISMISSED WITH PREJUDICE. Each party shall pay his or her own attorney fees and costs.

DATED this 18th day of December, 2007.

BY THE COURT

s/Richard P. Matsch
_____
Richard P. Matsch
United States District Judge